## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **Erica Harris** and **Marilyn Talbot,** each individually and on behalf of all others similarly situated, | Case No. 20-CV-610-JRT-BRT<br>Case Type: FLSA/Overtime |
| Plaintiffs, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| **UnitedHealth Group Incorporated,** | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs voluntarily dismiss this action without prejudice.

Dated:  April 6, 2020

**MADIA LAW LLC**

/s/Joshua A. Newville
Joshua A. Newville, MN #395221
323 Washington Ave. N., #200
Minneapolis, Minnesota  55401
Ph: 612.349.2743 | Fax:  612.235.3357
Email: newville@madialaw.com